UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE WOODARD,

      Petitioner,

v.                                                    4:17cv258–WS/MJF

SECRETARY, DEPT. OF
CORRECTIONS,

      Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 23) docketed August 16, 2019. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner ("Woodard") has filed objections (ECF No. 24) to the magistrate judge's report and recommendation.

The undersigned has reviewed the record in light of Woodard's objections but finds no basis upon which to reject the magistrate judge's report and recommendation. The undersigned agrees that Woodard has failed to demonstrate

that he is entitled to relief under 28 U.S.C. § 2254. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 23) is ADOPTED and incorporated by reference into this order.

2. Woodard's § 2254 habeas corpus petition (ECF No. 1), challenging the judgment of conviction and sentence in *State of Florida v. Maurice Woodard,* Leon County Circuit Court Case No. 2004–CF–3842, is DENIED.

3. A certificate of appealability is DENIED.

4. Leave to appeal in forma pauperis is DENIED

5. The clerk is directed to enter judgment, stating: "Maurice Woodard's petition for writ of habeas corpus is DENIED." The clerk is further directed to close the case.

DONE AND ORDERED this ___26th___ day of ____August____, 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE